APRIL 3, 1957

**No. 60608.**—Paramount Import Export Co. and Paramount Import Co., Inc. *v.* United States, protests 229116–K and 229998–K.——C. D. 1849.

Plaintiffs' application for rehearing denied.

BEFORE THE FIRST DIVISION, APRIL 10, 1957

**No. 60609.**—S. S. Kresge Co. et al. *v.* United States, protests 122797–K, etc. (Baltimore).

Opinion by OLIVER, C. J. The uncontradicted testimony establishing that the items of merchandise in question are the same in all material respects as those the subject of Abstract 56975, the claim of the plaintiffs was sustained.